**John W. McGEE, Plaintiff–Appellant**

v.

**Kevin D. LINDSEY, Chief of Police, Fort Smith, Police Department; Detective Michael McCoy; Officer Josh Mixon; Officer Gary Hulsey, Defendants–Appellees.**

No. 15–2959.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 26, 2016.

Filed: Jan. 29, 2016.

John W. McGee, Fort Smith, AR, pro se.

Wyman Rice Wade, Jr., Daily & Woods, Fort Smith, AR, for Defendant–Appellee.

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

---

1. The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas.

PER CURIAM.

John McGee appeals after the District Court[1] granted summary judgment to the defendants in McGee's 42 U.S.C. § 1983 action claiming that he was unlawfully arrested. After de novo review, we conclude that the grant of summary judgment was proper because the evidence in the record, viewed in the light most favorable to McGee, and all reasonable inferences in McGee's favor to be drawn therefrom establish beyond genuine dispute that his arrest was not unlawful. *See Laganiere v. Cty. of Olmsted*, 772 F.3d 1114, 1116 (8th Cir.2014) (standard of review); *see also Fisher v. Wal–Mart Stores, Inc.*, 619 F.3d 811, 816 (8th Cir.2010) (discussing warrantless arrests under the Fourth Amendment standard). Accordingly, we affirm.

---

**1.** The Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for

final disposition by consent of the parties under 28 U.S.C. § 636(c).